**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Carol L. Keith, Individually and on behalf )
of all Statutory Beneficiaries,             )
                                            )
            Plaintiff,                      )
                                            )
vs.                                         )
                                            )
United States of America,                   )
                                            )
            Defendant.                      )
                                            )
                                            )
_____)

No. CV-12-877-PHX-SMM

**ORDER**

        Pending before the Court is the parties' Stipulated Motion to Dismiss With Prejudice. (Doc. 55.)

        Accordingly,

        **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

        **IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, May 22, 2013 at 2:00 p.m.**

        DATED this 3rd day of May, 2013.


Stephen M. McNamee
Senior United States District Judge